## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH BISHOP-BRISTOL, on behalf of the Arthur J. Gallagher & Company 401(k) Savings and Thrift Plan and all other similarly situated ERISA-covered employee pension benefit plans, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 03:16-cv-00139-SRU <br><br><br><br><br><br><br><br><br> FEBRUARY 23, 2016 |

### <u>DEFENDANT'S MOTION TO TRANSFER</u>

Defendant Massachusetts Mutual Life Insurance Company ("MassMutual") respectfully submits this Motion to Transfer pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the District of Massachusetts.  In support of its motion, MassMutual submits the accompanying memorandum of law.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, MassMutual respectfully requests that this Court grant this motion and transfer this action to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a).

Respectfully submitted,

By:  /s/ Jill M. O'Toole
Jill M. O'Toole (Fed. Bar No. ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.:  (860) 251-5000
Fax:  (860) 251-5218
Email: jotoole@goodwin.com

**ORAL ARGUMENT REQUESTED**

OF COUNSEL:

Joel S. Feldman (*pro hac vice* motion pending)
Mark. B. Blocker (*pro hac vice* motion pending)
Daniel R. Thies (*pro hac vice* motion pending)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
E-mail: jfeldman@sidley.com
E-mail: mblocker@sidley.com
E-mail: dthies@sidley.com
Tel: (312) 853-7000
Fax: (312) 853-7036

*Counsel for Defendant Massachusetts Mutual*
*Life Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 23, 2016, a copy of the foregoing Defendant's Motion to

Transfer was filed electronically and served by mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


      /s/  Jill M. O'Toole
Jill M. O'Toole (ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com